**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00001-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHRISTOPHER JOSEPH GUILLORY,

      Defendant.

---

## ORDER VACATING PETITION ON SUPERVISED RELEASE

---

      THIS MATTER is before the Court on the report of the probation officer

concerning the Petition on Supervised Release, ordered by the Court on May 20, 2008.

Pursuant to U.S.C. Title 18, § 3583(i), a summons was not issued prior to the

defendant's supervised release expiration date.  Accordingly, it is

      ORDERED that the Petition on Supervised Release and order for a summons

signed by the Court on May 20, 2008, is dismissed.

      DATED at Denver, Colorado, this __7th__ day of January, 2009.

                               BY THE COURT:

                               *s/ Christine M. Arguello*

                               _____

                               CHRISTINE M. ARGUELLO
                               United States District Judge